**FILED**

**FEB 24 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NUMBER: 21-30023-SPM |
| ) | |
| KEVIN HUTCHINSON, ) | Title 18, |
| ) | United States Code, |
| Defendant. ) | Section 1001(2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to the Indictment:

1. **KEVIN HUTCHINSON** was the elected Mayor of the City of Columbia, Monroe County, within the Southern District of Illinois.

2. **HUTCHINSON** was also a licensed insurance agent who owned a closely held Illinois corporation called B.M.C. Associates, Inc.

3. The City of Columbia provides health insurance coverage for its employees and separately maintains property/casualty loss insurance. Unbeknownst to the city council or the city manager, **HUTCHINSON**, and his corporation B.M.C. Associates, Inc., received referral commissions from the insurance contracts that the City of Columbia placed with MRCT and ICRMT.

4. As an elected municipal official and a public officer **KEVIN HUTCHINSON** was prohibited, under the Illinois Public Officer Prohibited Activities Act [65ILCS 5/3.1-55-10(a)], from being financially interested, directly or indirectly, in any contract, work or business of the municipality.

5. The Illinois Governmental Ethics Act required **HUTCHINSON** to truthfully complete an annual Statement of Economic Interests and file it with the County Clerk. On June 28, 2018, **KEVIN HUTCHINSON** filed a false Statement of Economic Interests with the Monroe County Clerk stating that he did not have a personal financial interest, directly or indirectly, in any contract, work or business of the municipality.

6. The Southern Illinois Public Corruption Task Force consisted of agents with the Federal Bureau of Investigation, Internal Revenue Service/Criminal Investigations, and a Task Force Officer from the Illinois State Police. The Task Force opened a federal criminal investigation to determine whether Columbia Mayor **KEVIN HUTCHINSON** had violated federal law after learning that **HUTCHINSON** received insurance policy referral commissions for a health insurance policy for the City of Columbia employees.

## COUNT 1

### FALSE STATEMENT TO THE FEDERAL METRO-EAST PUBLIC CORRUPTION TASK FORCE

1. The paragraphs of the Introduction are incorporated herein.

2. On or about March 20, 2019, affecting Monroe County within the Southern District of Illinois, and elsewhere,

**KEVIN HUTCHINSON,**

defendant, did willfully and knowingly make, and cause to be made, materially false statements and representations in a matter within the jurisdiction of a department or agency of the United States by falsely telling a Federal Bureau of Investigation Special Agent and a federal Task Force Officer that his only interest in MRCT's contract with the City of Columbia was in his official capacity as the Mayor of the City of Columbia. The statement was materially false in that

**KEVIN HUTCHINSON** had received referral commissions for City insurance policies placed with MRCT as well as from ICRMT.

All in violation of Title 18, United States Code, Section 1001(2).

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

*[signature]*
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $20,000 unsecured.