UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
☐ Benton          ☒ **East St. Louis**

☒ **Initial Appearance**          ☒ **Arraignment**          ☒ **Change of Plea**

**CRIMINAL NO.: 21-CR-30023-SPM**          **DATE:**          March 22, 2021
**U.S.A. vs. KEVIN HUTCHINSON**                    **JUDGE:**     Stephen P. McGlynn
          ☒ Present   ☐ Custody   ☐ Bond          **DEPUTY:**   Jackie Muckensturm
**DEFT. COUNSEL:**  Clyde L. Kuehn          **REPORTER:** Hannah Jagler
          ☒ Present   ☐ Apptd.   ☒ Retained   ☐ Waived
**GOVT. COUNSEL:**  Norman R. Smith          **TIME:**   10:40 AM – 11:15 AM
**U.S. PROBATION OFFICER:** Brenda Tate

☒     Defendant appears in open court with retained counsel and is sworn.

☒     Defendant waives reading of Indictment.

☒     Defendant advised of constitutional rights.

☒     Defendant advised of charges and penalties.

☒     Plea:  ☒ **GUILTY** as to Count 1 of the INDICTMENT

          ☐ Not Guilty as to Count(s) _____

          ☐ Nolo Contendere as to Count(s) _____

☒     ☐     No Plea Agreement     ☒ Plea Agreement     ☐ Oral     ☒ Written

☒     Court accepts plea of guilty.

☒     Matter referred to U.S. Probation for pre-sentence investigation and report.

☒     Order for Presentence Procedure to be issued and filed.

☒     Sentencing is set for **June 28, 2021 at 9:30 AM** before Judge Stephen P. McGlynn in East St. Louis, IL.

☒     Defendant released on personal recognizance bond.

☒     Defendant advised on penalties for failure to appear.