**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☐ Benton     ☒ **East St. Louis**     ☐ Contested     ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE: **Stephen P. McGlynn, U.S. District Judge**

| | |
|---|---|
| USA v. **KEVIN HUTCHINSON** | CRIMINAL CASE NO.: **21-CR-30023-SPM-1** |
| DATE: **June 28, 2021** | TIME: **9:30 a.m. – 10:10 a.m.** |
| REPORTER: **Hannah Jagler** | DEPUTY: **Jackie Muckensturm** |
| GOVT. COUNSEL: **NORMAN SMITH** | DEF. COUNSEL: **CLYDE KUEHN** |
| U.S. PROBATION: **TAMMI SPENCER** | |

Court orders recommendation to be placed under separate seal and counsel will <u>not</u> have access to same.

SENTENCE:   **The Defendant is sentenced to Probation for a term of 2 years as to Count I of the Indictment.**

Defendant shall pay a **FINE** of **$500.00** payable to the Clerk, United States District Court, due immediately.  Interest is WAIVED.

Defendant shall pay a **SPECIAL ASSESSMENT** of **$100.00** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Defendant shall perform 40 hours of community service as directed by the Probation Officer.0

Court ACCEPTS defendant's signed waiver of reading of terms of conditions of supervision in open court at sentencing hearing.

Defendant advised of right to appeal within 14 days.